**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 13-62881-PJS |
| WILLIAM S DOMSCHOT, | JUDGE PHILLIP J SHEFFERLY |
| BETSY S DOMSCHOT | |
| Debtors. | |
| _____/ | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AS TO E. D. Mich. LBR 3070-1, ONLY

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Pursuant to E. D. Mich. LBR 3070-1, Trustee objects to the proposed direct payment to Ally Financial where the creditor has filed a proof of claim with arrears. Under E. D. Mich. LBR 4001-6(c), the Trustee is required to make all pre-confirmation payments to this creditor. The Trustee requires that debtor file an amended Chapter 13 plan to propose payments to this creditor be paid by the Chapter 13 Trustee and immediately begin making increased Chapter 13 payments to the Trustee to account for the payments to be made to the creditor.

2. This objection is not intended to be in lieu of, replace, or supplant the Trustee's objections to confirmation after completion of the § 341 First Meeting of Creditors.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

                              OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                              Krispen S. Carroll, Chapter 13 Trustee

June 25, 2014              /s/ Margaret Conti Schmidt
                              KRISPEN S. CARROLL (P49817)
                              MARGARET CONTI SCHMIDT (P42945)
                              MARIA GOTSIS (P67107)
                              719 Griswold Street
                              Suite 1100
                              Detroit, MI  48226
                              (313) 962-5035
                              notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 13-62881-PJS
WILLIAM S DOMSCHOT,  JUDGE PHILLIP J SHEFFERLY
BETSY S DOMSCHOT
Debtors.
_____/

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN AS TO E. D. Mich. LBR 3070-1, ONLY** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

WILLIAM C BABUT
700 TOWNER STE 1
YPSILANTI, MI  48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

WILLIAM S DOMSCHOT
BETSY S DOMSCHOT
3849 KIRKWOOD
JACKSON, MI  49203-0000


June 27, 2014         /s/ Barbara A. Ecclestone
 Barbara A. Ecclestone
 For the Office of the Chapter 13 Trustee-Detroit
 719 Griswold Street
 Suite 1100
 Detroit, MI  48226
 (313) 962-5035
 notice@det13ksc.com