UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
                   CASE NO. 13-62881-PJS
WILLIAM S DOMSCHOT,  JUDGE PHILLIP J SHEFFERLY
BETSY S DOMSCHOT
Debtors.
_____/

**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee objects to debtors' proposal to make no Plan payments for one year where debtors' amended Schedules I and J filed on June 5, 2014 reflect a best effort of $905.26 per month. Trustee notes that while it was indicated at the § 341 First Meeting of Creditors that the debtors have 401(k) loans and contributions, those deductions have not been taken on the amended Schedule I.

2. Trustee puts debtors on notice that if the intent is to not make any Plan payments for one year, Trustee objects and will seek dismissal of debtors' case as the debtors are ineligible pursuant to 11 U.S.C. §§ 109(e) and 101(30) where debtors do not have "sufficiently stable and regular [income] to enable such individual to make payments under a plan under Chapter 13 of this title."

3. Trustee further objects to debtors proposal to not make Plan payments for a year where debtors are continuing to make retirement/401(k) contributions after the bankruptcy petition filing and the 6th Circuit has indicated that this deduction is inappropriate. *See* In re Seafort, 669 F.3d 662 (6th Cir. 2012).

4. Based upon the debtor husband's testimony at the § 341 First Meeting of Creditors that he earns $3,200.00 per month gross, not $2,432.00 as indicated on amended Schedule I, it appears debtor has understated the income disclosed on Schedule I. Trustee requires debtor to file an amended Schedule I and increase the best effort accordingly.

5. Trustee requests 3 most **recent** pay stubs in order to verify debtors' income. Trustee requires the pay stubs to be received by the Trustee immediately.

6. The Trustee requests that debtors' counsel file a Fee Application since this is a converted case.

7. Trustee requests that any Order Confirming Plan provide a date certain for the step payment proposed in Part II.B. of the Chapter 13 Plan.

8. Trustee objects to debtors' failure to disclose an insurance claim for debtor wife's diamond from her wedding band as an asset on Schedule B as disclosed in paragraph 8 of the Statement of Financial Affairs.

9. The Trustee objects to the following banking expenses of the debtor(s) (Schedule J) as excessive and unreasonable affecting the net disposable income available to fund the Plan in

contravention of 11 USC 1325(a)(3) and/or 11 USC 1325(b):

    a. Food and housekeeping supplies - $960.00

10. Trustee requests documentation of the loan balance and payoff date for debtors' 401(k) loan.

11. Where debtors have received excessive income tax refunds in prior years, Trustee objects to debtors' overwithholding which unreasonably affects the net disposable income available to fund the Plan in contravention of 11 USC 1325(a)(3) and/or 11 USC 1325(b). Trustee requires an adjustment in debtors' tax withholdings. Further, Trustee requires debtor(s) amend Schedule I, provide a current paystub illustrating changed withholdings, and increase the best effort accordingly.

12. Based upon Trustee's calculations, debtors' Plan is underfunded and infeasible as proposed due to the $0.00 per week Plan payment and the added priority claim of the Chapter 7 Trustee for administrative expenses.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

                      OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                      Krispen S. Carroll, Chapter 13 Trustee

July 29, 2014              /s/ Margaret Conti Schmidt
                      KRISPEN S. CARROLL (P49817)
                      MARGARET CONTI SCHMIDT (P42945)
                      MARIA GOTSIS (P67107)
                      719 Griswold Street
                      Suite 1100
                      Detroit, MI 48226
                      (313) 962-5035
                      notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                                           CHAPTER 13
                                                            CASE NO. 13-62881-PJS
WILLIAM S DOMSCHOT,                                         JUDGE PHILLIP J SHEFFERLY
BETSY S DOMSCHOT
Debtors.
_____/

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

WILLIAM C BABUT
700 TOWNER STE 1
YPSILANTI, MI 48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

WILLIAM S DOMSCHOT
BETSY S DOMSCHOT
3849 KIRKWOOD
JACKSON, MI 49203-0000


July 30, 2014                    /s/ Barbara A. Ecclestone
                                 Barbara A. Ecclestone
                                 For the Office of the Chapter 13 Trustee-Detroit
                                 719 Griswold Street
                                 Suite 1100
                                 Detroit, MI 48226
                                 (313) 962-5035
                                 notice@det13ksc.com